**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**SOUTHERN DISTRICT OF IOWA**

131 East 4th Street, Suite 150
Davenport, Iowa 52801    Tel: (563) 884-7607

**FILED**

JUL 14 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

June 17, 2006

Clerk, U. S. District Court
U. S. District Court
211 - 19th Street
Rock Island, IL 61201

Re:  Rule 20 Consent to Transfer of Case for Plea and Sentence
     USA v. Clifton Bruce Davidson, Jr. #3:06-CR-00540-RWP-TJS)

Dear Clerk of Court,

Please find enclosed a certified copy of our docket along with the Indictment, and a certified copy of the Notice of Electronic Filing of the USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20). Jurisdiction has been transferred to your district, and we have closed our case file.

Please confirm receipt of this paperwork by signing and returning a copy of this letter indicating the case number which has been assigned in your district. Thank you for your cooperation. If you need anything further or have any questions, please feel free to call me.

Sincerely,

MARJORIE E. KRAHN, CLERK

Brian Phillips
Deputy Clerk

Encs.

**Received in C.D. Illinois on** 7/14/06

**by** S/Denise Koester

**Case number assigned in**
**C.D. Illinois** 06-40068

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF IOWA

RECEIVED
JUL 13 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:06-cr-540 |
| ) | |
| CLIFTON BRUCE DAVIDSON, JR. ) | |

Consent to Transfer of Case
for Plea and Sentence
(Under Rule 20)

I, Clifton Bruce Davidson, Jr., defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Central District of Illinois in which I, am under arrest, and to waive trial in the above captioned District.

Dated: 7-11 2006 at 11:15 A.M.

S/Clifton B. Davidson
Clifton Bruce Davidson, Jr., Defendant

S/Phillip Geier
(Witness)

S/George Taseff
(Counsel for Defendant)

✓ Approved

S/Matthew Whitaker
Matthew G. Whitaker
United States Attorney for the
Southern District of Iowa

S/Jeffrey B. Lang for
Rodger A. Heaton
United States Attorney for the
Central District of Illinois

FORM USA-153
SEP. 82

I DO HEREBY ATTEST AND CERTIFY THAT THIS IS A TRUE AND FULL COPY OF THE ORIGINAL.
DATE: 7/13/06
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY: _____
DEPUTY CLERK

**Transfer Documents**
3:06-cr-00540-RP-TJS USA v. Davidson

# U.S. District Court

# Southern District of Iowa

Notice of Electronic Filing

The following transaction was received from bp, entered on 7/13/2006 at 1:52 PM CDT and filed on 7/13/2006

**Case Name:** USA v. Davidson
**Case Number:** 3:06-cr-540
**Filer:**
**Document Number:** 6

**Docket Text:**
CONSENT TO TRANSFER JURISDICTION (Rule 20) to Central District of Illinois (bp, )

The following document(s) are associated with this transaction:

**3:06-cr-540-1 Notice will be electronically mailed to:**

Donald B Allegro   Don.Allegro@USDOJ.gov, usaias.nefdavenport@usdoj.gov

**3:06-cr-540-1 Notice will be delivered by other means to:**

DO HEREBY ATTEST AND CERTIFY THAT
THIS IS A TRUE AND FULL COPY OF THE
ORIGINAL.
DATE: _____
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY: _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:06-cr-540 |
| | ) | |
| v. | ) | |
| | ) | **GOVERNMENT'S** |
| CLIFTON BRUCE DAVIDSON, JR., | ) | **DISCLOSURE STATEMENT** |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and, pursuant to Rule 12.4 of the Federal Rules of Criminal Procedure, hereby discloses that the Nongovernmental Corporate Parties and/or Organizational Victims involved in this case are as follows:

1. Metro Bank, 2322 E. Kimberly Road, Davenport, IA.

WHEREFORE, the United States respectfully submits its Disclosure Statement pursuant to Rule 12.4 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Matthew G. Whitaker
United States Attorney

By:  /s/ Donald B. Allegro
Donald B. Allegro
Assistant United States Attorney
United States Courthouse, Suite 310
131 East 4th Street
Davenport, IA 52801
Tel: (563) 884-7700
Fax: (563) 884-7701
Email: don.allegro@usdoj.gov

I DO HEREBY ATTEST AND CERTIFY THAT
THIS IS A TRUE AND FULL COPY OF THE
ORIGINAL.
DATE: 7/13/06
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY: _____
DEPUTY CLERK

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon all counsel of record and *pro se* parties at their respective addresses as reflected in the pleadings by regular United States mail postage prepaid on the June 16, 2006.

George F. Taseff
401 Main Street, #1500
Peoria, IL 61602

/s/ Donald B. Allegro
United States Attorney's Office
Southern District of Iowa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 3:06-cr-540 |
| v. ) | |
| ) | **INDICTMENT** |
| CLIFTON BRUCE DAVIDSON, JR., ) | T. 18, U.S.C. §2113(a) |
| ) | T. 18, U.S.C. §2 |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

COUNT 1
(Bank Robbery)

That on or about May 17, 2005, in and about Scott County, in the Southern District of Iowa, the defendant, CLIFTON BRUCE DAVIDSON, JR., by force, violence, and intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of the Metro Bank, Davenport, Iowa, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

This is a violation of Title 18, United States Code, Section 2113(a), and Title 18, United States Code, Section 2.

**A TRUE BILL.**

/s/
FOREPERSON

Matthew G. Whitaker
United States Attorney

By: /s/ Donald Allegro
Donald Allegro
Assistant United States Attorney

I DO HEREBY ATTEST AND CERTIFY THAT
THIS IS A TRUE AND FULL COPY OF THE
ORIGINAL.
DATE: 7/13/06
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY: _____
DEPUTY CLERK

TERMED, TRANSFER

# U.S. District Court
## Southern District of Iowa (Davenport)
## CRIMINAL DOCKET FOR CASE #: 3:06-cr-00540-RP-TJS-ALL
## Internal Use Only

Case title: USA v. Davidson                                    Date Filed: 06/12/2006

Assigned to: Chief Judge Robert W. Pratt
Referred to: Magistrate Judge Thomas J. Shields

### Defendant

**Clifton Bruce Davidson, Jr.** (1)
*TERMINATED: 07/13/2006*

| Pending Counts | Disposition |
|---|---|
| BANK ROBBERY BY FORCE OR VIOLENCE - 18:2113(a) & 2 - Bank Robbery (1) | Case transferred by Rule 20 to Central District of Illinois on 07/13/06. |

### Highest Offense Level (Opening)
Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

### Highest Offense Level (Terminated)
None

| Complaints | Disposition |
|---|---|
| None | |

I DO HEREBY ATTEST AND CERTIFY THAT THIS IS A TRUE AND FULL COPY OF THE ORIGINAL.
DATE: 7/13/06
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY: _____
DEPUTY CLERK

### Plaintiff
USA                                    represented by **Donald B Allegro**
                                                     U S Attorney's Office

U.S. Courthouse
Suite 310
131 East 4th Street
Davenport, IA 52801
563-884-7700
Fax: 563-884-7701
Email: Don.Allegro@USDOJ.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2006 | | ***Case Terminated as to Defendant Clifton Bruce Davidson, Jr (bp, ) (Entered: 07/13/2006) |
| 07/13/2006 | | ***JS-3 Closing Information (bp, ) (Entered: 07/13/2006) |
| 07/13/2006 | | ***JS-2 Opening Information (bp, ) (Entered: 07/13/2006) |
| 07/13/2006 | 6 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Central District of Illinois (bp, ) (Entered: 07/13/2006) |
| 07/13/2006 | | Judge update in case as to Clifton Bruce Davidson, Jr. Judge Robert W. Pratt added. Judge Unassigned no longer assigned to case. (bp, ) (Entered: 07/13/2006) |
| 06/16/2006 | 5 | NOTICE *Government's Disclosure Statement* filed by USA as to Clifton Bruce Davidson, Jr (Allegro, Donald) (Entered: 06/16/2006) |
| 06/15/2006 | 4 | Arrest Warrant Issued by Thomas J. Shields in case as to Clifton Bruce Davidson, Jr. (bp, ) (Entered: 06/16/2006) |
| 06/15/2006 | | Case unsealed as to Clifton Bruce Davidson, Jr (bp, ) (Entered: 06/16/2006) |
| 06/15/2006 | | Judge update in case as to Clifton Bruce Davidson, Jr. Judge Unassigned and Thomas J. Shields added. (bp, ) (Entered: 06/16/2006) |
| 06/15/2006 | 3 | Text Minute Entry for proceedings held before Judge Thomas J. Shields : Grand Jury Presentment as to Clifton Bruce Davidson, Jr held on 6/15/2006 Not Secret, Warrant to issue, Gov. requested Detention. AUSA present by Donald Allegro and minutes done by Courtroom Deputy Rita Johnson. (Court Reporter None.)(Time: 3:03pm-3:17pm) (bp, ) (Entered: 06/16/2006) |
| 06/15/2006 | 2 | Redacted Indictment as to Clifton Bruce Davidson, Jr. (bp, ) (Entered: 06/16/2006) |
| 06/15/2006 | 1 | *SEALED*    SEALED INDICTMENT as to Clifton Bruce Davidson, Jr (1) count(s) 1. (bp, ) (Entered: 06/16/2006) |